UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|   |   |
|---|---|
| In re: Anthony P. Matarazzo, Sr )<br>Joan M. Matarazzo ) <br>Debtor ) | Bk. No. 19-11350-BAH<br>Chapter 7 |

## **APPLICATION TO EMPLOY PROFESSIONAL PERSON**

Pursuant to 11 U.S.C. §327(a)(d) and §328(a), the Trustee herein, Victor W. Dahar, Esq., requests that the Court authorize him to retain Victor W. Dahar, P.A. to act as Attorney for the Estate and the Trustee on a general retainer with fees and costs to be approved by the Court for the following matters:

1. To investigate preferences;
2. To investigate fraudulent transfers;
3. To bring any and all law suits, if necessary, to pursue preference actions and fraudulent transfers; and
4. Any other legal matters that may be discovered in order to enhance the dividend to unsecured creditors

Said attorney represents no interest adverse to the Estate.

Dated at Manchester, New Hampshire this 17th day of October, 2019.

/s/ Victor W. Dahar
Victor W. Dahar, Trustee
20 Merrimack Street
Manchester, NH   03101
(603) 622-6595
BNH 01175